**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

WANDA HARRIS,                                )
                                             )
                    Plaintiff,               )
                                             )
vs.                                          )        Case No. 25-cv-2207-DDC-JBW
                                             )
                                             )
PRIME RECOVERY, LLC,                         )
                                             )
                    Defendant.               )


**<u>MEMORANDUM AND ORDER</u>**

Before the Court is Movant Attorney Steven H. Schwartz's Motion to Withdraw as Counsel (Dkt. 26). Counsel requests he be allowed to withdraw from this action with respect to this client, Prime Recovery, LLC ("Defendant"). As the relief requested would leave Defendant without counsel, the withdrawal must satisfy the requirements of D. Kan. Rule 83.5.5(a). Upon review, the Court concludes that the motion should be granted.

For the reasons stated in the Motion to Withdraw as Counsel, good cause exists for counsel to withdraw. Counsel states the reason for his withdrawal is that there are irreconcilable differences between counsel and client. Counsel has also informed Defendant it is responsible for complying with all orders of the Court, of the time limitations established by the Court's rules, and of the dates of any pending trial, hearings, conferences, and deadlines. Counsel has also informed Defendant that as a limited liability company, it may not appear or proceed pro se and must be represented by licensed counsel and must promptly retain substitute counsel.

Counsel has shown that Defendant received a copy of the Motion to Withdraw. Defendant was sent a copy of the Motion to Withdraw via email and certified mail, and the tracking information shows that the motion to withdraw was delivered on July 15, 2026.

Counsel is hereby authorized to withdraw as counsel of record for Defendant Prime Recovery, LLC. From the date of service of this Order on the parties to this action, no further notices, papers or pleadings are to be served upon withdrawing counsel. All further notices, papers or pleadings to Defendant shall be served at the following address:

> Prime Recovery, LLC
> Attn: Anthony LaGambina
> 5237 Summerlin Commons Blvd.
> Fort Meyers, FL 33907

Counsel also requests the Court continue all deadlines by thirty (30) days to give Defendant time to hire replacement counsel. The Court grants the requests and continues the Scheduling Conference to **September 29, 2026, at 11:00 A.M.** Plaintiff's counsel must submit a revised proposed Scheduling Order to the undersigned Magistrate Judge's chambers by **September 22, 2026**.

**IT IS THEREFORE ORDERED** that the Motion to Withdraw as Counsel (Dkt. 26) is GRANTED.

**IT IS FURTHER ORDERED** that the Scheduling Conference is continued to **September 29, 2026, at 11:00 A.M.** Plaintiff's counsel must submit a revised proposed Scheduling Order to the undersigned Magistrate Judge's chambers by **September 22, 2026**.

A copy of this Order will be mailed to Defendant Prime Recovery, LLC at the above listed address.

**IT IS SO ORDERED.**

Dated July 28, 2026, at Kansas City, Kansas.

Jennifer B. Wieland
U. S. Magistrate Judge

2